**Order entered May 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00357-CV

### MICHAEL D. RODGERS SR., Appellant

### V.

### BANK OF AMERICA, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00429-B**

## ORDER

We **GRANT** appellee's April 23, 2013 Objection to Court's Order of Mediation to the extent it requests withdrawal of the Court's mediation order. We **VACATE** our April 15, 2013 mediation order.

/s/    ELIZABETH LANG-MIERS
       JUSTICE